## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | 14-43301 |
| STEPHEN J. LAKETEK | ) | |
| FRAN E. LAKETEK | ) | Hon. Donald R. Cassling |
| | ) | |
| David P. Leibowitz, Trustee | ) | |
| Plaintiff, | ) | Adv. Pro. 16 A _____ |
| v. | ) | |
| Gregory Laketek | ) | |
| Defendant. | ) | |

**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE
PURSUANT TO SECTION 542 OF THE BANKRUPTCY CODE**

David P. Leibowitz ("Trustee" or "Plaintiff") not individually but as chapter 7 trustee of the bankruptcy estate of Stephen J. Laketek and Fran E. Laketek, brings this complaint pursuant to section 542 of the Bankruptcy Code for turnover of an orange 1977 Porsche 911S Targa, registered in the name of Debtor Steven J. Laketek, bearing Vehicle Identification Number 9117212037 and Illinois Antique Vehicle license plate 9652AV, constituting property of the bankruptcy estate, and in support thereof, states as follows:[1]

**Jurisdiction and Venue**

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334(b).

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

2. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. §157(a).

3. This adversary proceeding is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (E) and (O).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

5. On December 3, 2014 ("Petition Date"), Debtors, Stephen J. Laketek and Fran Laketek filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code.

6. David P. Leibowitz is the duly appointed, qualified and acting chapter 7 trustee in this case.

7. One of the assets of this estate is an orange 1977 Porsche 911S Targa, registered in the name of Debtor Steven J. Laketek, bearing Vehicle Identification Number 9117212037 and Illinois Antique Vehicle license plate 9652AV (the "Porsche").

8. Debtor Steven J. Laketek denies being in possession of the Porsche.

9. On information and belief, the Porsche is currently in the possession of Debtor Steven J. Laketek's son, Gregory Laketek.

10. Gregory Laketek, on information and belief, maintains a business address at 1111 W. Randolph Street, Chicago, Illinois at a business known as "West Loop Salumi."

11. The Porsche, owned by Debtor Steven J. Laketek at the time of the filing of his chapter 7 petition herein, constitutes property of his bankruptcy estate pursuant to

§541 of the Bankruptcy Code and therefore is subject to turnover to the Trustee pursuant to § 542(a).

12. Debtor Stephen J. Laketek has been ordered to turn over the Porsche to the Trustee but has not done so, stating that he is not in possession of the Porsche.

### COUNT I

### TURNOVER OF PORSCHE PURSUANT TO
### SECTOIN 542 OF THE BANKRUPTCY CODE

13. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-12 above, as though fully set forth herein.

14. Section 542(a) provides in relevant part: "[A]n entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell or lease under Section 363 . . . shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate."

15. Defendant Gregory Laketek is in possession, custody and control of the Porsche.

16. The Porsche constitutes property that the Trustee may use, sell or lease under section 363 of the Bankruptcy Code.

17. The Porsche is a very valuable, highly desirable, classic antique automobile and accordingly is not of inconsequential value or benefit to the Estate. On information and belief, the value of the Porsche ranges from $27,450 to $51,400 depending upon its condition. This information is derived from NadaGuides Classic Car Prices observed on the internet on July 7, 2016 at http://www.nadaguides.com/Classic-Cars/1977/Porsche/911S/20Door-Targa/Values.

18.     Defendant Gregory Laketek must therefore deliver to the Trustee the Porsche pursuant to §542(a) of the Bankruptcy Code.

19.     If he does not deliver the Porsche to the Trustee, he must account to the Trustee for the value of the Porsche.

Wherefore, David P. Leibowitz, chapter 7 trustee of the Estate of Stephen J. Laketek and Fran Laketek requests that the Court enter a judgment (i) directing Gregory Laketek to deliver to the Trustee the Porsche and (ii) awarding such other and further additional relief as the Court deems just and appropriate.

Dated: August 5, 2016

>David P. Leibowitz, not personally but solely as chapter 7 trustee of the estate of Stephen J. Laketek and Fran Laketek

>By */s/ David P. Leibowitz*
>     Acting as attorney

David P. Leibowitz (ARDC #1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, IL 60604
847 249 9100
dleibowitz@lakelaw.com