IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID P. LEIBOWITZ, TRUSTEE, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) Case No.17-cv-05504 |
| | ) |
| GREGORY LAKETEK, | ) Hon. Harry D. Leinenweber |
| | ) |
| Defendant-Appellant. | ) |

## AGREED ORDER

This matter coming to be heard on agreed a motion to dismiss the above-captioned bankruptcy court appeal and the Court, being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is granted and this appeal is dismissed.

1/4/18

_____
Judge Harry D. Leinweber
United States District Court

Michael C. Moody
Robert E. Williams
O'Rourke & Moody
55 W. Wacker Drive, Ste. 1400
Chicago, Illinois 60601
312-849-2020